# Order

Michigan Supreme Court
Lansing, Michigan

March 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140301(45)(47)(49)

BRONSON METHODIST HOSPITAL,
        Plaintiff-Appellant,

v

ALLSTATE INSURANCE COMPANY,
        Defendant-Appellee.

_____

SC: 140301
COA: 286087
Kalamazoo CC: 08-000066-NF

On order of the Chief Justice, the motion by Auto Club Insurance Association for leave to file a brief *amicus curiae* is considered and it is granted. The joint motion to permit the ceding of a portion of the oral argument time of defendant-appellee is granted. The motion by the Coalition Protecting Auto No-Fault for leave to file a brief *amicus curiae* is considered and it is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2011

Clerk